# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MUSTAFA EL SHABAZZ BEY, § | |
| § | |
|     *Plaintiff,* § | Civil Action No. 4:23-cv-00306 |
| v. § | Judge Mazzant/Judge Davis |
| § | |
| U.S. DEPARTMENT OF STATE - § | |
| BUREAU OF CONSULAR AFFAIRS, *et* § | |
| *al.* § | |
| § | |
|     *Defendants.* § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 16, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #5) that Plaintiff Mustafa El Shabazz Bey's case be dismissed.

    Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

    It is therefore **ORDERED** that Plaintiff Mustafa El Shabazz Bey's case against Defendants U.S. Department of State - Bureau of Consular Affairs and the United States of America is hereby **DISMISSED WITH PREJUDICE.**

    **IT IS SO ORDERED**.

    SIGNED this 23rd day of July, 2025.

*[signature]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE